UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


Theodore Justice,                          )
                        Plaintiff,          )
                                            )
        v.                                  )          **JUDGMENT**
                                            )
Dr. Timothy Farley,                         )          5:11-CV-99-BR
                                            )
                        Defendant.          )


**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss is GRANTED, all other motions pending before the court in the above-captioned action are DENIED AS MOOT, and the action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to enter judgment in favor of defendant and close the case.


**This judgment filed and entered on May 17, 2012, and served on:**

Kenneth A. Soo (Via CM/ECF Notice of Electronic Filing)
Theodore Justice (Via US Mail at PO Box 232, Ridgeway, NC 27570)


May 17, 2012                               /s/   Julie A. Richards,
                                                 Clerk of Court